ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMAL PLUNKETT | Criminal Indictment<br><br>No. 2 22-CR-043 |

THE GRAND JURY CHARGES THAT:

On or about March 24, 2022, in the Northern District of Georgia, the defendant, JAMAL PLUNKETT, knowing that he had been previously convicted of at least one of the following offenses punishable by imprisonment for a term exceeding one year:

- Armed Robbery (four counts) in the Superior Court of DeKalb County, Georgia, on or about April 27, 2007;

- Theft by Taking in the Superior Court of DeKalb County, Georgia, on or about April 27, 2007;

- Possession of a Firearm by a First Offender Probationer in the Superior Court of DeKalb County, Georgia, on or about April 27, 2007;

- Carrying a Weapon on School Property in the Superior Court of DeKalb County, Georgia, on or about April 27, 2007; and

- Conspiracy to Commit Possession of Prohibited Items by Inmates in the Superior Court of Dooly County, Georgia, on or about February 12, 2019,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Ruger, model 5.7, 5.7x28mm semiautomatic pistol, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## Sentencing Allegation (18 U.S.C. § 924(e)(1))

Before the defendant, JAMAL PLUNKETT, committed the offense charged in this Indictment, he had at least three previous convictions for violent felonies committed on occasions different from one another.

## Forfeiture Provision

Upon conviction of the offense alleged in this Indictment, the defendant, JAMAL PLUNKETT, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense, including but not limited to one (1) Ruger, model 5.7, 5.7x28mm semiautomatic pistol bearing serial number 641-02387.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A ___True___ BILL

___/s/___
FOREPERSON

RYAN K. BUCHANAN
   United States Attorney

___/s/ Theodore___
THEODORE S. HERTZBERG
   Assistant United States Attorney
Georgia Bar No. 718163

___/s/ Shiv Sachdeva___
SHIV SACHDEVA
   Special Assistant United States Attorney
Georgia Bar No. 666870

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3